**Appeal Dismissed and Memorandum Opinion filed November 1, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00541-CV

---

**MATTHEW FAVARD, Appellant**

**V.**

**LATITUDE MED CENTER, Appellee**

---

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1185003**

---

## MEMORANDUM OPINION

This attempted appeal is from a judgment signed July 5, 2022, and was assigned to this court on July 25, 2022, based upon the filing of a document on July 21, 2022, by appellant which was characterized as a notice of appeal. The document, however, does not contain the required contents of a notice of appeal. *See* Tex. R. App. P. 25.1(d). Further, the record does not reflect it was served on all parties. *See* Tex. R. App. P. 25.1(e).

On September 13, 2022, appellant was ordered to file an amended notice of appeal in compliance with Rule 25.1 on or before September 23, 2022, or the appeal was subject to dismissal without further notice on the court's own motion for want of jurisdiction. *See* Tex. R. App. P. 25.1(g), 42.3.

Appellant has not filed an amended notice of appeal or otherwise responded to the court's order. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.